IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GAUTHAM YATHAM, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TD BANK, N.A.,<br><br>　　　　　Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 1:22-CV-04161-KMW-EAP<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court *sua sponte* concerning the pendency of the above-captioned action; and

**THE COURT NOTING** that is has regained jurisdiction over this action by virtue of the Certified Order Issued in Lieu of Mandate from the U.S. Court of Appeals for the Third Circuit (ECF No. 48); and

**THE COURT FURTHER NOTING** that the parties have stipulated to the dismissal of Plaintiffs' appeal with prejudice pursuant to Federal Rule of Appellate Procedure 42(b);

**IT IS** this **17th** day of **January 2024** hereby

**ORDERED** the Clerk of Court shall mark this matter as **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen M. Williams*
　　　　　　　　　　　　　　　　　　　　　　　　KAREN M. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE